IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marlene A. Reid<br>　　　　　　Debtor | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　　　Movant<br>vs.<br>Marlene A. Reid<br>　　　　　　Debtor | NO. 17-13021 MDC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 18th day of December, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 6533 North Park Avenue Philadelphia, PA 19126. ~~Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action.~~ The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BJ.

cc: See attached service list