United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13021-mdc
Marlene A. Reid                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD         Page 1 of 1         Date Rcvd: Dec 18, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db              +Marlene A. Reid,    6533 North Park Avenue,    Philadelphia, PA 19126-3637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              DAVID   NEEREN    on behalf of Creditor    Customers Bank dneeren@udren.com,    vbarber@udren.com
              DAVID M. OFFEN    on behalf of Debtor Marlene A. Reid dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marlene A. Reid<br>     <u>Debtor</u> | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>     <u>Movant</u><br>vs.<br>Marlene A. Reid<br>     <u>Debtor</u> | NO. 17-13021 MDC |
| William C. Miller Esq.<br>     <u>Trustee</u> | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 18th day of December, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 6533 North Park Avenue Philadelphia, PA 19126. ~~Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action.~~ The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                        _Magdeline D. C_____
                                     BJ.

cc: See attached service list