## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : CHAPTER 13
**Marlene A. Reid**                     :
                                        : BANKRUPTCY NO. **17-13021 MDC**
              Debtor (s)

### P R A E C I P E

Kindly relist the above captioned Confirmation hearing and/or Motion to Dismiss until 4/4/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                        Respectfully submitted,

Date: March 4, 2019                     /s/Jacqueline M. Chandler, Esquire for
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee
                                        P.O. Box 1299
                                        Philadelphia, PA  19105