UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Marlene A. Reid | : |
|       Debtor(s) | : BANKRUPTCY NO.  17-13021 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Marlene A. Reid
6533 North Park Avenue
Philadelphia, PA 19126

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106


Date:  March 5, 2019

/s/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee