United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-13021-mdc
Marlene A. Reid                                                     Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 2           Date Rcvd: Jun 13, 2019
                              Form ID: pdf900        Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db             +Marlene A. Reid,    6533 North Park Avenue,    Philadelphia, PA 19126-3637
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13931753        David Neeren, Esquire,    Atty for Customers Bank,    UDREN LAW OFFICES, P.C.,
                 Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ  08003-3620
13909517       +Direct TV,    PO Box 5008,   Carol Stream, IL 60197-5008
13909519       +Kaleem Stevenson,    7263 N 21st Street,    Philadelphia, PA 19138-2101
14234317       +PNC Bank, National Association,     c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13909520       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13909523       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
13909524       +Santander,    PO Box 961245,   Fort Worth, TX 76161-0244
14269222       +Santander Consumer USA Inc.,    c/o William E. Craig, Esquire,    110 Marter Ave.,   Suite 301,
                 Moorestown, NJ 08057-3124
13976549        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
13995332        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13909526       +Us Dept Ed,    Ecmc/Bankruptcy,   Po Box 16408,    St Paul, MN 55116-0408
13909527       +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
13909522        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13994916        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:32     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13909518       +E-mail/Text: tropiann@einstein.edu Jun 14 2019 03:31:06     Einstein Hospital,
                 5501 Old York Rd,   Philadelphia, PA 19141-3091
13910351       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:25:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13912744       +E-mail/Text: bankruptcy@philapark.org Jun 14 2019 03:32:44     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13909525        E-mail/Text: appebnmailbox@sprint.com Jun 14 2019 03:31:33     Sprint Corp,    PO Box 7949,
                 Overland Park, KS 66207
13910602       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:08     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13909528       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2019 03:30:31
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13958666       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 03:25:42     Verizon,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
13909529        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:32     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13909521*      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: dlv              Page 2 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: pdf900        Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              DAVID   NEEREN    on behalf of Creditor    Customers Bank dneeren@udren.com,   vbarber@udren.com
              DAVID M. OFFEN    on behalf of Debtor Marlene A. Reid dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARLENE A. REID  Chapter 13

Debtor  Bankruptcy No. 17-13021-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___13th___ day of ___June___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MARLENE A. REID

6533 NORTH PARK AVENUE

PHILADELPHIA, PA 19126